FILED
SUPERIOR COURT
OF GUAM

2014 MAR 26 AM 9: 44

CLERK OF COURT
BY:

# IN THE SUPERIOR COURT
# OF GUAM

THE PEOPLE OF GUAM,                      )     CRIMINAL CASE NO. CM0692-13
                                         )
                                         )
            v.                           )
                                         )     **DECISION AND ORDER**
                                         )
JAIME ANN TERLAJE,                       )
                                         )
            Defendant.                   )
                                         )

## INTRODUCTION

This matter is before the Honorable Judge Michael J. Bordallo. Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam Defendant's motion for civil compromise was taken under advisement on February 11, 2014. The People are represented by Assistant Attorney General, Richelle J. Yu. Defendant is represented by Assistant Public Defender Ali Nusbaum. Having considered the papers, pleadings and file herein, the Court now enters an order denying Defendant's request.

## FACTUAL HISTORY

On August 8, 2013, Defendant was charged with Family Violence, as a Misdemeanor. The charge arises out of an alleged incident between Defendant and her mother's boyfriend where she recklessly caused or attempted to cause him bodily injury.

On February 3, 2013, Defendant filed a Motion to Dismiss arguing that the charges against her should be dropped because she and the victim have reached a civil compromise pursuant to 8 GCA §80.90. In support of this Defendant attaches a statement from the victim where he asserts his desire that the charges be dropped. The People did not file an opposition to the motion.





## DISCUSSION

Section 80.90 of Title 8 of the Guam Code regulates motions for civil compromise. It provides,

> (a) When the defendant has been charged with the commission of an offense which is not a felony for which the person injured by the act constituting the offense has a remedy by a civil action, the offense may be compromised as provided by this Section.
> (b) If the person injured appears before, or files his declaration in, the court in which the criminal action is pending at any time before trial and acknowledges that he has received satisfaction for the injury, the court may, on payment of the costs incurred, order the criminal action dismissed.
> (c) A dismissal under this Section is a bar to another prosecution for the same offense.

8 GCA § 80.90 (2013).

A plain reading of this statute does not support its general application to crimes of family violence. *Id.* Applying this statute, the Court has found that crimes of family violence are not generally the type for which adequate satisfaction can be readily shown. *People v. Kinsella* Criminal Case No. CM1197-12, *Decision and Order on Motion for Civil Compromise*, (May 3, 2013). The Court has also indicated that civil compromise in family violence cases will be considered and may be appropriate where there is some doubt as to the identity of the primary physical aggressor or where both combatants are similarly charged.

In this case alleged facts indicate Defendant aggressively assaulted her mother's boyfriend after being called an epithet and possibly pushed or slapped on the face once. Defendant then repeatedly hit the victim with closed fists until his eye was blackened, his nose bloodied, he had received numerous cuts and bruises on his face and property had been harmed.

Here the identity of the primary aggressor is not disputed. There is no evidence that Defendant sustained any physical injury other than the self-inflicted harm to her hand caused

by its use in hitting the victim and other property. Defendant has introduced no evidence of any individual actions or efforts to restore, repair or otherwise satisfy any harm caused by her actions. 8 GCA § 80.90 (2013). Accordingly the Defendant has failed to assert sufficient facts to support a finding that statutory requirements have been met. *Id.*

### CONCLUSION

Based on the foregoing, the Defendant's motion for civil compromise is denied.

SO ORDERED, this 26th day of _March_ 2014.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam
